UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSE M. RODRIGUEZ,

    Plaintiff,

v.                                              Case No. 3:17cv155-RV-HTC

BRENDALIZ ASENCIO, et al.,

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 29, 2019. (Doc. 66). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections (doc. 67).

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants Chandler, Simmons and Rice's Motion to Dismiss (Doc. 45) is **GRANTED IN PART** and **DENIED IN PART**.

3. Defendant Inch's Motion to Dismiss (Doc. 47) is **GRANTED**.

4. Defendant Asencio's Motion to Dismiss (Doc. 60) is **GRANTED IN PART** and **DENIED IN PART**.

5. Plaintiff's ADA and Rehabilitation Act claims are **DISMISSED WITH PREJUDICE** against all Defendants.

6. Plaintiff's Eighth Amendment official capacity claims are **DISMISSED WITH PREJUDICE** against all Defendants.

7. Plaintiff's Eighth Amendment individual capacity claim against Defendant Inch is **DISMISSED WITH PREJUDICE**.

8. This case is referred to the assigned Magistrate Judge for further proceedings on Plaintiff's Eighth Amendment individual capacity claims against Defendants Asencio, Chandler, Rice and Simmons.

**DONE AND ORDERED** this 19th day of August, 2019.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**