# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOSE M RODRIGUEZ,

    Plaintiff,

v.                                                              Case No. 3:17cv155-RV-HTC

BRENDALIZ ASENCIO, et al.,

    Defendants.

_____/

## ORDER

This case is before the Court based on the Magistrate Judge's Report and Recommendation (Doc. 125) that Defendants' motions for summary judgment be granted and judgment be entered for Defendants. The parties were given an opportunity to object, but no objections have been filed. Upon consideration, I have determined that the Report and Recommendation should be adopted. Accordingly, it is

**ORDERED** that:

1. The Magistrate Judge's Report and Recommendation (Doc. 125) is adopted and incorporated by reference in this Order.

2. The Defendants' motions for summary judgment (ECF Docs. 99 & 107) are GRANTED.

3. The clerk is directed to enter judgment in favor of the Defendants and to close the file.

**DONE AND ORDERED** this 8th day of September, 2020.

<u>s/ *Roger Vinson*</u>
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**